UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3298-FMO (AGR) | Date | May 30, 2013 |
|---|---|---|---|
| Title | Chad R. Peters v. Social Security Administration | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**   In Chambers: **ORDER TO SHOW CAUSE**

On May 9, 2013, Defendant filed a Notice Of Removal ("Notice") removing a complaint Plaintiff filed in California small claims court. (Notice, Ex. 1.)

On May 14, 2013, the court ordered Defendant to submit a supplemental brief regarding the claims in Plaintiff's complaint. (Dkt. No. 3.) On May 24, 2013, Defendant filed a supplemental brief in compliance with the court's order.

On May 22, 2013, the United States Post office returned two pieces of mail sent to Plaintiff at his address of record, indicating "Attempted Not Known." (Dkt. Nos. 8-9.)

A district court has the authority to dismiss a plaintiff's action because of his failure to prosecute or comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962) (court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (district court may dismiss action for failure to comply with any order of the court); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (district may dismiss action for failure to prosecute after mail is returned by postal service as undeliverable); *see also* L.R. 41-6 ("If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.")

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3298-FMO (AGR) | Date | May 30, 2013 |
|---|---|---|---|
| Title | Chad R. Peters v. Social Security Administration | | |

      Plaintiff is ORDERED to show cause **on or before June 14, 2013,** why this action should not be dismissed for failure to prosecute. The court may discharge the order to show cause if Plaintiff timely files a Notice indicating his current address.

Initials of Preparer    mp