UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARD R. PETERS,                           )        NO. CV 13-3298-FMO (AGR)
                                           )
              Plaintiff,                   )
                                           )
        v.                                 )
                                           )        ORDER ACCEPTING FINDINGS
SOCIAL SECURITY                            )        AND RECOMMENDATION OF
ADMINISTRATION,                            )        UNITED STATES MAGISTRATE
                                           )        JUDGE
              Defendant.                   )
                                           )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint,

records on file, and the Report and Recommendation of the magistrate judge.

Objections were due on July 18, 2013. (Dkt. No. 14.)  Plaintiff did not file

objections.  The Report was returned on July 5, 2013, as undeliverable.  (Dkt. No.

15.)  The Court accepts the findings and recommendation of the magistrate

judge.

        The complaint is DISMISSED without prejudice for failure to prosecute.


DATED: July 19, 2013                        _____/s/_____
                                                      FERNANDO M. OLGUIN
                                                   United States District Judge