UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD R. PETERS, | ) | CASE NO. CV 13-3298-FMO (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.


DATED: July 19, 2013                          /s/
                                   _____
                                   FERNANDO M. OLGUIN
                                   United States District Judge